UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                Case No.  08-cr-56-01/04-SM

<u>Raymond Cole and Garret Morin</u>

O R D E R

Defendant Raymond Cole has filed a motion to continue the final pretrial conference and trial (document no. 59). The motion is granted, but the continuance is limited to 30 days. Trial has been rescheduled for the May 2009 trial period. Defendant Cole shall file a waiver of speedy trial rights not later than April 20, 2009. On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   May 7, 2009 at 9:30 a.m.

**Jury Selection**: May 19, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

April 8, 2009

cc: Donald Kennedy, Esq.
    Michael Iacopino, Esq.
    Paul Twomey, Esq.
    Terry Ollila, AUSA
    US Probation
    US Marshal