UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                Case No.  08-cr-56-01-SM

<u>Raymond Cole</u>

## O R D E R

Defendant Raymond Cole has filed a motion to continue the final pretrial conference and trial (document no. 70). Trial has been rescheduled for the July 2009 trial period. Defendant Cole shall file a waiver of speedy trial rights not later than June 15, 2009. On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** July 6, 2009 at 11:30 a.m.

**Jury Selection**: July 21, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

June 5, 2009

cc: Donald Kennedy, Esq.
    Terry Ollila, AUSA
    US Probation
    US Marshal