UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                   Case No. 08-cr-56-01-SM

<u>Raymond Cole</u>

<u>ORDER</u>

Re: Document No. 77, Motion to Appoint New Counsel

Ruling: Denied, without prejudice. Defendant's pro se motion seeking appointment of substitute counsel does not assert facts warranting that relief. Defendant is entitled to effective legal representation, not an attorney who will follow all directions given by him. Counsel is ethically and legally bound not to file wasteful or frivolous motions, nor is counsel permitted, under local rules, to file motions related to discovery production until and unless informal requests for same are rejected by the government. This case is also scheduled for trial during the next trial period in August, and allowing substitute counsel at this point would necessarily delay resolution of the charges even further. While defendant makes vague reference to an irremediable breakdown in the professional relationship between him an counsel, nothing in the motion supports that claim.

                                                      Steven J. McAuliffe
                                                      Chief Judge

Date: August 3, 2009

cc:  Terry Ollila, AUSA
     Donald Kennedy, Esq.
     U.S. Marshal
     U.S. Probation
     Raymond Cole